## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                                                See Form 1, attached

Property to be abandoned:

| Name of Property | Reason for Abandonment | Scheduled Value |
|---|---|---|
| Executive Life Insurance Policy | Claimed exempt | 28,000.00 |
| Heritage Bank Account | Claimed exempt | 2,000.00 |
| N 7521 Borth Rd. | Fully secured – no equity | 425,000.00 |
| JH Chapman - 10,000 | No realizable value | 70,000.00 |
| Men's clothing | Claimed exempt | 100.00 |
| Rifles, golf clubs | Claimed exempt | 500.00 |
| Laptop Computer - 10 years old | No realizable value | 0.00 |
| 1985 12 foot Float Boat & Motor | Claimed exempt | 300.00 |
| B10 Refinery - 10,000 shares | No realizable value | 0.00 |

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

Fraudulent conveyance action against Debtor's spouse, Mercedes Phillips, and Debtor's daughter, Madonna Brown.

       TOTAL RECEIPTS                $741,518.72

       TOTAL SCHEDULED
          VALUE OF PROPERTY
             ABANDONED                $525,900.00

       TOTAL SCHEDULED VALUE
          OF EXEMPT PROPERTY      $525,900.00

**EXHIBIT B**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 06-04158 JHS | Judge: John H. Squires | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | MERVYN C PHILLIPS JR | | Date Filed (f) or Converted (c): | 4/14/2006 (f) |
| | | | 341(a) Meeting Date: | 6/6/2006 |
| For Period Ending: | 3/12/2008 | | Claims Bar Date: | 9/8/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | N 7521 Borth Rd. | 425,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Heritage Bank Account | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Laptop Computer - 10 years old | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Men's clothing | 100.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Rifles, golf clubs | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Executive Life Insurance Policy | 28,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | B10 Refinery - 10,000 shares | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | JH Chapman - 10,000 | 70,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | 1985 12 foot Float Boat & Motor | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Fraudulent Conveyance Action (u) | 0.00 | 1,000,000.00 | | 741,285.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 233.72 | Unknown |

TOTALS (Excluding Unknown Values)     $525,900.00     $1,000,000.00     $741,518.72

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | no equity |
| RE PROP # | 2 | -- | exempt |
| RE PROP # | 3 | -- | exempt |
| RE PROP # | 4 | -- | exempt |
| RE PROP # | 5 | -- | exempt |
| RE PROP # | 6 | -- | exempt |
| RE PROP # | 7 | -- | no value |
| RE PROP # | 8 | -- | no value |
| RE PROP # | 9 | -- | exempt |

Initial Projected Date of Final Report (TFR):     3/15/2008     Current Projected Date of Final Report (TFR):     3/15/2008