**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| PHILLIPS JR, MERVYN C | ) | CASE NO. 06-04158-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

**ORDER AUTHORIZING ABANDONMENT OF PROPERTY**

THIS MATTER BEING HEARD on the Trustee's request to abandon property of this estate, due notice having been given and the Court being duly advised:

IT IS **HEREBY ORDERED** that Trustee be, and he hereby is, authorized to abandon the following scheduled property:

| Name of Property | Reason for Abandonment | Scheduled Value |
|---|---|---:|
| Executive Life Insurance Policy | Claimed exempt | 28,000.00 |
| Heritage Bank Account | Claimed exempt | 2,000.00 |
| N 7521 Borth Rd. | Fully secured – no equity | 425,000.00 |
| JH Chapman - 10,000 | No realizable value | 70,000.00 |
| Men's clothing | Claimed exempt | 100.00 |
| Rifles, golf clubs | Claimed exempt | 500.00 |
| Laptop Computer - 10 years old | No realizable value | 0.00 |
| 1985 12 foot Float Boat & Motor | Claimed exempt | 300.00 |
| B10 Refinery - 10,000 shares | No realizable value | 0.00 |

**ENTERED:**

By: _____
United States Bankruptcy Judge

*Order Prepared by*:

DAVID R. BROWN (ARDC # IL 3122323)
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:   (630) 510-0000
Facsimile:   (630) 510-0004

2