UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Mervyn C. Phillips, Jr., | ) | Case No. 06 - 4158 |
| | ) | |
| Debtor. | ) | Judge John H. Squires |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  Courtroom 2000
         Du Page County Courthouse
         505 North County Farm Road
         Wheaton, IL 60187

    On:  **May 30, 2008**

    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    a. Receipts                              $741,518.72
    b. Disbursements                         $675,452.00
    c. Net Cash Available for Distribution   $ 66,066.72

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| David R. Brown, Trustee | $0 | $40.325.94 | $91.40 |
| Michael Davis, Attorney for Trustee | $75,000 | $0 | $0 |
| Clerk, US Bankruptcy Court | $0 | $0 | $150 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant    Compensation Previously Paid  Fees Now Requested    Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $1,252,900.98 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%, and th4 secured dividend is expected to be 49.93%.

    Allowed Priority Claims are:

| Claim Number | Claimant | Allowed Amt of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | First Bank, successor of CIB Bank | $1,252,900.98 | $25,590.78 |

7. Claims of general unsecured creditors totaling $0 been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

    Allowed general unsecured claims are: N/A

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors has been discharged.

11. The Trustee does not propose to abandon the following property at the hearing:

| Name of Property | | Scheduled Value |
|---|---|---|
| Executive Life Insurance Policy | Claimed exempt | 28,000.00 |
| Heritage Bank Account | Claimed exempt | 2,000.00 |
| N 7521 Borth Rd. | Fully secured – no equity | 425,000.00 |

| | | |
|---|---|---:|
| JH Chapman - 10,000 | No realizable value | 70,000.00 |
| Men's clothing | Claimed exempt | 100.00 |
| Rifles, golf clubs | Claimed exempt | 500.00 |
| Laptop Computer - 10 years old | No realizable value | 0.00 |
| 1985 12 foot Float Boat & Motor | Claimed exempt | 300.00 |
| B10 Refinery - 10,000 shares | No realizable value | 0.00 |

**Dated: April 29, 2008**　　　　　　　　　　For the Court,

By:
　　　　**KENNETH S. GARDNER**

　　　　Kenneth S. Gardner
　　　　Clerk of the U.S. Bankruptcy Court
　　　　219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Trustee:　　　DAVID R. BROWN

Address:　　　400 SOUTH COUNTY FARM ROAD
　　　　　　　SUITE 330
　　　　　　　WHEATON IL 60187