# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** JOHN H. SQUIRES                **Hearing Date** May 30, 2008

**Bankruptcy Case No.** 06 B 04158            **Adversary No.**

**Title of Case** Mervyn C. Phillips, Jr.

**Brief Statement of Motion** Notice on Trustee's Final Report and Account and hearing on applications for compensation and on abandonment of property by the Trustee

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Continue to June 20, 2008 at 10:00 a.m. Leave is given Trustee to supplement his application for compensation by or before June 9, 2008.

*/s/ John H Squires*

6/11/99