## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable   JOHN H. SQUIRES                    Hearing Date   June 6, 2008

Bankruptcy Case No.   06 B 04158               Adversary No.

Title of Case   Mervyn C. Phillips, Jr.

Brief Statement of Motion   Notice on Trustee's Final Report and Account and hearing on applications for compensation and on abandonment of property by the Trustee

Names and Addresses of moving counsel

Representing

## ORDER

The time within Trustee is to supplement his application for compensation is extended to and including June 16, 2008.

*/s/ John H. Squires*

6/11/99