# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JOHN H. SQUIRES

Hearing Date: June 20, 2008

Bankruptcy Case No.: 06 B 04158

Adversary No.:

Title of Case: Mervyn C. Phillips, Jr.

**Brief Statement of Motion:** Notice on Trustee's Final Report and Account and hearing on applications for compensation and on abandonment of property by the Trustee

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Leave is given the United States Trustee to file a brief on trustee's application for compensation on or before July 11, 2008. Further order to be entered.

*/s/ John H. Squires*

6/11/99