UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 06 B 04158 |
| | ) | Chapter 7 |
| MERVYN C. PHILLIPS, JR., | ) | Judge John H. Squires |
| | ) | |
| Debtor. | ) | |

### ORDER

For the reasons set forth in a Memorandum Opinion dated August 11, 2008, the Court awards David R. Brown, as Chapter 7 trustee of the bankruptcy estate of Mervyn C. Phillips, Jr., compensation in the sum of $33,410.74.

ENTERED:

DATE: 8/11/8

John H. Squires
United States Bankruptcy Judge

cc: See attached Service List

## SERVICE LIST

### Mervyn C. Phillips, Jr.
Bankruptcy Case No. 06 B 04158

David R. Brown, Esq.
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL 60187

Arthur W. Rummler, Esq.
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL 60187

William T. Neary, United States Trustee
219 S. Dearborn Street
Suite 873
Chicago, IL 60604